UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DORIS MAHAN,

    Plaintiff,

v.                                              CASE NO. 5:12-cv-00093-RS-EMT

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, DORIS MAHAN ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: July 5, 2012             RESPECTFULLY SUBMITTED,

                                              KROHN & MOSS, LTD.

                                              By: /s/ Shireen Hormozdi

                                              Shireen Hormozdi, Esq.
                                              Attorney for Plaintiff
                                              Krohn & Moss, Ltd.
                                              10474 Santa Monica Blvd., Suite 401
                                              Los Angeles, CA 90025
                                              Tel: (323) 988-2400 x 267
                                              Fax: (866) 385-1408
                                              Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

        By:    /s/ Shireen Hormozdi

        Shireen Hormozdi, Esq.
        Attorney for Plaintiff
        Krohn & Moss, Ltd.
        10474 Santa Monica Blvd., Suite 401
        Los Angeles, CA 90025
        Tel: (323) 988-2400 x 267
        Fax: (866) 385-1408
        Email: shormozdi@consumerlawcenter.com